IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEREMY J. PIERSON,

     Plaintiff,

    v.

HANNAH KAREN, et al.

     Defendants.

ORDER

Case No.  26-cv-190-jdp

On March 20, 2026, I entered an order assessing plaintiff an initial partial payment of the $350 filing fee for this case, which plaintiff has paid.  Now plaintiff has filed a motion for an order directing prison officials to pay the remainder of the filing fee from plaintiff's release account.

Under the Prison Litigation Reform Act, an inmate who files a lawsuit in federal court under the *in forma pauperis* statute, 28 U.S.C. § 1915, must pay the $350 filing fee, first by making an initial partial payment under § 1915(b)(1), and then by paying the remainder of the filing fee in monthly installments under § 1915(b)(2).  If a prisoner does not have sufficient funds in a regular inmate account to make the initial partial payment, then the prisoner may withdraw funds from a release account.  However, prison officials will draw funds first from the prisoner's regular account and any portion of the initial partial payment remaining from the prisoner's release account.  *Carter v. Bennett*, 399 F. Supp. 2d 936, 937 (W.D. Wis. 2005).  "[N]othing in the fee collection provision of § 1915 can be read as requiring the state to allow a prisoner to pay off the balance of a federal court filing fee from money carried over several months in [a] release account."  *Id.*  Accordingly, plaintiff's motion to pay the remainder of the filing fee from a release account is denied.

1

ORDER

IT IS ORDERED that plaintiff Jeremy J. Pierson's motion for an order directing prison

officials to pay the remainder of the filing fee for this case from plaintiff's release account is

DENIED.


Entered this 1st day of May, 2026.

BY THE COURT:


/s/
ANDREW R. WISEMAN
United States Magistrate Judge

2